ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 1 2016

at 3 o'clock and 16 min. M.___
SUE BEITIA, CLERK

ZACHARY J. RAY
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Zachary.Ray@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DOMINICK M. DONOFRIO, <br><br> Defendant. | CR. NO. CR16 00446 KSC <br><br> INFORMATION <br><br> 18 U.S.C.13; <br><br> H.R.S. §§ 286-102, 286-136, <br><br> Citation Nos.: 4799414/H-10 <br><br> A & P Date: 12 Jul 16 |

INFORMATION

The United States Attorney charges that:

On or about May 21, 2016, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, DOMINICK M. DONOFRIO, defendant herein, unlawfully operated a motorcycle upon a public street, road, or highway without a valid operator's license.

All in violation of Hawaii Revised Statutes 286-102 and 286-136, a federal offense pursuant to Title 18, United States Code, Section 13.

DATED: July 5, 2016, Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By_____
ZACHARY J. RAY
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. DOMINICK M. DONOFRIO
CR. No.
Citation Nos.: 4799414/H-10
"INFORMATION"

CR 16 00446 KSC

2